UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>NEHAD THAHER,<br><br>    Defendant. | 17 Cr. 302 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's May 6, 2020 letter motion seeking compassionate relief. (Dkt. #235). The Government is directed to respond to Defendant's motion on or before May 13, 2020.

SO ORDERED.

Dated:   May 6, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge