UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>NEHAD THAHER,<br><br>                              Defendant. | 17 Cr. 302 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a request from Defendant to file reply papers in further support of his May 6, 2020 letter motion. Defendant's application is GRANTED. Defendant shall file his reply papers on or before May 18, 2020.

SO ORDERED.

Dated:   May 13, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge